UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATWAHN McELROY,                                No. 2:17-cv-0485 WBS CKD P

            Plaintiff,

     v.                                                ORDER

CDCR, et al.,

            Defendants.

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 along with an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

28 U.S.C. § 1915 permits any court of the United States to authorize the commencement and prosecution of any suit without prepayment of fees by a person who submits an affidavit indicating that the person is unable to pay such fees. However,

> [i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

1      Court records indicate that plaintiff has been deemed a "Three Strikes" inmate under 28

2 U.S.C. § 1915(g). <u>See</u> <u>McElroy v. Asad</u>, 2:15-cv-0904 JAM EFB (E.D. Cal.) (order identifying

3 plaintiff as three-strikes litigant on September 24, 2015).[1] The court takes judicial notice of the

4 four cases identified therein as § 1915(g) strikes, all of which were dismissed for failure to state a

5 claim. All were dismissed well prior to the filing of the instant action and constitute strikes under

6 § 1915(g).

7      The imminent danger applies only if it is clear that the danger existed when the complaint

8 was filed. <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Allegations of imminent

9 danger that are overly speculative or fanciful may be rejected. <u>Id.</u> at 1057, n.11. Having

10 reviewed the complaint, the undersigned finds that plaintiff has not credibly alleged "imminent

11 danger of serious physical injury" under § 1915(g).

12      In light of the above, plaintiff will be granted fourteen days to pay the filing fee in this

13 action; otherwise, it will be dismissed.

14      Accordingly, IT IS HEREBY ORDERED that:

15     1.  Plaintiff's motion to proceed in forma pauperis is denied; and

16     2.  Plaintiff shall pay the $400 filing fee no later than fourteen days from the date of this

17 order. Failure to comply with this order will result in dismissal of this action.

18 Dated: April 27, 2017

19                  CAROLYN K. DELANEY

20                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24 2 / mcel0485.threestrikes

25

26

27

_____

28 [1] <u>See also</u> <u>McElroy v. Turner</u>, No. 2:12-cv-1182 CMK (E.D. Cal.) (order designating plaintiff as a three strikes litigant on June 28, 2012).